Certificate Number: 15317-NJ-DE-038530656

Bankruptcy Case Number: 24-14219



15317-NJ-DE-038530656

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2024, at 4:39 o'clock PM PDT, Ismet Rusevic completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 31, 2024        By:   /s/Faye Rivera

Name: Faye Rivera

Title: Counselor